UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| QUINCY GILSTRAP, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| VS. | ) | CIVIL ACTION NO. |
| | ) | |
| URT TEXAS, INC., ET AL., | ) | 3:20-CV-1589-G |
| | ) | |
| Defendants. | ) | |

### ORDER OF DISMISSAL WITH PREJUDICE

Before the court is the joint stipulation of dismissal with prejudice filed by the plaintiff Quincy Gilstrap and the defendants URT Texas, Inc. f/k/a URT Dallas Towing, Inc., Mart Caudle Corporation d/b/a Walnut Hill Wrecker, and URT United Road Towing, Inc. *See* docket entry 38.

Accordingly, it is **ORDERED, ADJUDGED**, and **DECREED** that all of the plaintiff's claims and causes of action against the defendants are hereby **DISMISSED WITH PREJUDICE**.

It is further **ORDERED, ADJUDGED**, and **DECREED** that each party shall bear its own costs and attorneys' fees.

SO ORDERED.

July 30, 2021.

*[signature: A. Joe Fish]*
**A. JOE FISH**
**Senior United States District Judge**